IN RE: ESTATE OF Kenneth
C. ABBOTT, Deceased

Petition of: Colin Abbott

In re: Estate of Kenneth
C. Abbott, Deceased

Petition of: Colin Abbott

No. 413 WAL 2016
No. 414 WAL 2016

Supreme Court of Pennsylvania.

May 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of May, 2017, the Petition for Allowance of Appeal is DENIED.